VAN GRAAFEILAND, Circuit Judge,
concurring:
Because I agree that, under the circumstances of this case, the writ was improvidently granted by the district court, I agree that it should be vacated. Assuming for the argument that the bankruptcy court was without power to order petitioner confined, that power clearly existed in the district court under former Section 41, 11 U.S.C. § 69 (1968). Certification by the bankruptcy judge or referee was not a prerequisite to the exercise of that power, if the district court otherwise had jurisdiction. United States ex rel. Birnbaum v. Henkel, 185 F. 553 (Cir.Ct.S.D.N.Y.1911); see O’Hagan v. Blythe, 354 F.2d 83, 84 (2d Cir.1965). The district court’s failure to compel petitioner to comply with his legal obligations already has resulted in a full year’s delay in the bankruptcy proceedings.
There has been enough obstruction and delay in this matter. If the bankruptcy court cannot incarcerate for contempt, the district court can.